SIGNED THIS 15th day of April, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

In re                                                                           Chapter 13
**BRANDON EUGENE BRYANT**                                                       Case No 24-60163

       Debtor

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor(s) on 02/22/2024, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4) Other provisions: Trustee withdraws Motion to Dismiss.

***End of Order***

/s/ ANGELA M. SCOLFORO
_____

Angela M. Scolforo, Chapter 13 Trustee
VSB# 42574
P. O. Box 2103
Charlottesville, VA  22902
Tel: (434) 817-9913
Email: ch13staff@cvillech13.net

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.

United States Bankruptcy Court

Western District of Virginia

In re:     Case No. 24-60163-rbc

Brandon Eugene Bryant     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: admin     Page 1 of 2

Date Rcvd: Apr 15, 2024     Form ID: pdf001     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Eugene Bryant, 5541 Jefferson Mill Rd., Scottsville, VA 24590-4152 |
| 5215998 | + | Denise Powell, 1066 Paynes Mill Rd., Troy, VA 22974-3610 |
| 5216003 | + | Scott Kroner, PLC, 418 E Water Street, Charlottesville, VA 22902-5242 |
| 5216006 | | US Acute Care Solutions, MEP Health, LLC Attn #17723X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5218664 | ++ | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE VA 22901-1491 address filed with court:, UVA Community Credit Union, 3300 Berkmar Drive, Charlottesville, VA 22901 |
| 5216009 | + | UVA Community CU, Attn: Bankruptcy, 3300 Berkmar Dr, Charlottesville, VA 22901-1491 |
| 5216005 | + | University Of Va Commu, 3300 Berkmar Drive, Charlottesville, VA 22901-1491 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5226718 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2024 20:58:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5215994 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2024 20:58:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5215995 | | Email/Text: bnc-capio@quantum3group.com | Apr 15 2024 20:54:00 | AssetCare, P.O. Box 120540, Dallas TX 75312-0540 |
| 5215996 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2024 20:59:08 | Capital One/bass Pro, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5215999 | + | Email/Text: crdept@na.firstsource.com | Apr 15 2024 20:54:00 | FirstSource Advantage, 205 Bryant Woods S., Amherst, NY 14228-3609 |
| 5215997 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2024 21:12:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5216000 | | Email/Text: bk@lendmarkfinancial.com | Apr 15 2024 20:54:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd, Ste 300, Lawrenceville, OH 30043 |
| 5216297 | | Email/Text: bk@lendmarkfinancial.com | Apr 15 2024 20:54:00 | LENDMARK FINANCIAL SERVICES, 2118 USHER STREET, COVINGTON, GA 30014 |
| 5216001 | ^ | MEBN | Apr 15 2024 20:48:39 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5227980 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2024 20:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5216002 | | Email/Text: jill.bryant@regionten.org | Apr 15 2024 20:54:00 | Region Ten Community Service Board, 500 Old Lynchburg Road, Charlottesville, VA 22903 |
| 5216018 | + | Email/Text: jill.bryant@regionten.org | Apr 15 2024 20:54:00 | Region Ten CSB, 500 OLD LYNCHBURG ROAD, CHARLOTTESVILLE, VA 22903-6547 |

| 5216004 | + Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | | |
| --- | --- | --- | --- |
| | | Apr 15 2024 20:54:00 | Sentara, 824 North Military Highway, Suite 100, Norfolk, VA 23502-3652 |
| 5216007 | ^ MEBN | | |
| | | Apr 15 2024 20:48:52 | US Acute Care Solutions, 4535 Dressler Rd NW, Canton, OH 44718-2545 |
| 5216008 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 15 2024 20:59:07 | US Cellular, by American InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Jacqueline Irene Bontjes | on behalf of Debtor Brandon Eugene Bryant jacqueline@marshallslayton.com ms@marshallslayton.com;jennifer@marshallslayton.com;brenda@marshallslayton.com;bbrs.bestcase@gmail.com;r44646@notify.bestcase.com;stephania@marshallslayton.com |
| Jennifer Wagoner | on behalf of Debtor Brandon Eugene Bryant jennifer@marshallslayton.com jennifer@marshallslayton.com;bbrs.bestcase@gmail.com;stephania@marshallslayton.com;r44646@notify.bestcase.com;brenda@marshallslayton.com;jacqueline@marshallslayton.com;ms@marshallslayton.com |
| Marshall Moore Slayton, Esq | on behalf of Debtor Brandon Eugene Bryant marshall@marshallslayton.com bbrs.bestcase@gmail.com;r44646@notify.bestcase.com;jennifer@marshallslayton.com;brenda@marshallslayton.com;stephania@marshallslayton.com;ms@marshallslayton.com;jacqueline@marshallslayton.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 5